UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHENZHEN HAORUN E-COMMERCE CO.,
LTD.,

                    Plaintiff,

          - against -

SHENZHEN LANHE TECHNOLOGIES CO.,
LTD.,

                    Defendant.

25-cv-10395 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

     As discussed at the telephone conference held today, the time

for the defendant to move or answer is extended to **April 24, 2026.**


SO ORDERED.

Dated:    New York, New York
          March 10, 2026

                                   _____
                                        John G. Koeltl
                                   United States District Judge