UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENZHEN HAORUN E-COMMERCE CO.,
LTD.,

                    Plaintiff,

        -v-

SHENZHEN LANHE TECHNOLOGIES CO.,
LTD.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2026

**ORDER**

25-CV-10395 (JGK)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated March 10, 2026, this case was referred to the undersigned for settlement.  ECF No. 24.

A conference is scheduled on **March 31, 2026** at **10:30 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 726 119 39#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: March 12, 2026
         New York, New York

                                        _____
                                        Henry J. Ricardo
                                        United States Magistrate Judge