UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHENZHEN HAORUN E-COMMERCE CO., LTD,
                        Plaintiff(s)

                                                                    25 civ 10395 (JGK)

        -against-

SHENZHEN LENHE TECHNOLOGIES CO., LTD
                        Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference for Thursday, April 16, 2026, at 3:00pm, is canceled.

**SO ORDERED.**

_____
        **JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        April 9, 2026