UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2026

SHENZHEN HAORUN E-COMMERCE CO.,
LTD.,

                Plaintiff,

    -v-

SHENZHEN LANHE TECHNOLOGIES CO.,
LTD.,

                Defendants.

**ORDER**

25-CV-10395 (JGK)

**HENRY J. RICARDO, United States Magistrate Judge.**

On April 16, 2026 the undersigned conferred with the parties. The parties advised that they are not interested in settlement at this time. If circumstances change the parties should file a letter on the docket requesting to hold a settlement conference.

**SO ORDERED.**

Dated: April 16, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge