UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENZHEN HAORUN E-COMMERCE CO., LTD.,

Plaintiff,

- against -

SHENZHEN LANHE TECHNOLOGIES CO., LTD.,

Defendant.

**25-cv-10395 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The plaintiff is requested to file a status report with respect to the status of this action by **October 2, 2026.**

**SO ORDERED.**

Dated: New York, New York
September 24, 2026

John G. Koeltl
United States District Judge